

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>    Defendants. | Case No. EDCV 96–00414 RT (VAPx)<br><br>**JUDGMENT** |

    On May 11, 2009, eight jurors were empaneled and sworn. On May 12, 2009, opening statements were given.

    After the parties completed their opening statements, Defendants County of San Bernardino, San Bernardino County Sheriff's Department, former Sheriff Dick Williams, Detective T.A. Peters (deceased), Leroy Suiter, and Inland

Counties Regional Center, Inc. made motions under Rule 50, subsections (a)(1)(A)(B) of the Federal Rules of Civil Procedure for judgment as a matter of law in their favor.[1] The court ordered that each of the motions be granted.

**Accordingly, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1) Judgment shall be entered in favor of defendants County of San Bernardino, County of San Bernardino's Sheriff's Department, former Sheriff Dick Williams, Detective T.A. Peters (deceased), Leroy Suiter, and Inland Counties Regional Center, Inc., and each of them and against Plaintiff Robert Adams as to all claims against each of them in this action; and

2) Defendants County of San Bernardino, County of San Bernardino's Sheriff's Department, former Sheriff Dick Williams, Detective T.A. Peters (deceased), Leroy Suiter, and Inland Counties Regional Center, Inc. and each of them shall recover its or his costs of suit from plaintiff Robert Adams.

Dated: September 10, 2009

ROBERT J. TIMLIN
Judge of the United States District Court

---

[1] The remaining defendants had been dismissed earlier in this action voluntarily or involuntarily by court order. They are Deputy M. Blay, Detective Ron Jacobs (incorrectly named in the complaint as Detective C. Jacobs), Detective N. Bentsen, the City of Victorville and Victorville Police Department.